## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 07-cv-00394-REB-CBS

MARSHA HARRIS,
DANIELLE HARRIS (by and through her Parents and Next Friends, Marsha Harris and Michael Harris) and
TAYLOR HARRIS (by and through her Parents and Next Friends, Marsha Harris and Michael Harris),

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE COMPANY, and
GUIDEONE MUTUAL INSURANCE COMPANY,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Defendant Guideone's Motion for Partial Summary Judgment** [#16] and **Defendant Guideone's Brief in Support of its Motion for Partial Summary Judgment** [#17], both filed on May 9, 2007. The motion and the brief are **STRICKEN** for failure to comply with REB Civ. Practice Standard II.E.1.

Dated: May 9, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.