**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-00394-REB-CBS

MARSHA HARRIS,
DANIELLE HARRIS (by and through her Parents and Next Friends, Marsha Harris and Michael Harris) and
TAYLOR HARRIS (by and through her Parents and Next Friends, Marsha Harris and Michael Harris),

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE COMPANY, and
GUIDE ONE MUTUAL INSURANCE COMPANY,

    Defendants.

---

## MINUTE ORDER[1]

---

    The matter comes before the court on **Plaintiffs [*sic*] Cross-Motion for Partial Summary Judgment** contained in the **Plaintiffs [*sic*] Response to Defendant Guide One's Motion for Partial Summary Judgment** [#24], filed May 29, 2007. The cross-motion for partial summary judgment is **STRICKEN** pursuant to D.C.COLO.L.Civ.R. 7.1 C. The response is accepted for filing.

Dated: June 4, 2007

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.