IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 07-cv-00394-REB-CBS

MARSHA HARRIS,
DANIELLE HARRIS,
(by and through her Parents and Next Friends,
Marsha Harris and Michael Harris), and
TAYLOR HARRIS,
(by and through her Parents and Next Friends,
Marsha Harris and Michael Harris),

      Plaintiffs,

v.

AMERICAN FAMILY INSURANCE COMPANY, and
GUIDEONE MUTUAL INSURANCE COMPANY,

      Defendants.

### MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Motion for Determination of Reasonable Fees for Stephen Davis, M.D. Under Rule 26 and, in the Alternative, Motion for Protective Order Pursuant to Rule 26(c) and Request for Expedited Determination (*doc. no. 51)* is **DENIED**, without prejudice, for failure to comply with D.C.COLOL.CIVR. 7.1A and this court's practice standards regarding discovery disputes.

      Counsel are hereby directed to confer in good faith, pursuant to Local Rule 7.1A. To assist that process, the court suggests that counsel review this court's decision in *Young v. Global 3, Inc.*, 2005 WL 1423594 (D. Colo. 2005) and the cases cited therein. If the parties are unable to resolve their dispute, counsel are directed to contact chambers (303.844.2117) to set a date and time for a telephone conference call.

**DATED:**      November 14, 2007