IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-00394-REB-CBS

MARSHA HARRIS,
DANIELLE HARRIS (by and through her Parents and Next Friends, Marsha Harris and Michael Harris) and
TAYLOR HARRIS (by and through her Parents and Next Friends, Marsha Harris and Michael Harris),

    Plaintiffs,

v.

AMERICAN FAMILY INSURANCE COMPANY, and
GUIDE ONE MUTUAL INSURANCE COMPANY,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the parties' **Stipulation For Dismissal** [#74] filed June 13, 2008. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal** [#74] filed June 13, 2008, is **APPROVED**;

2. That the jury trial set to commence June 23, 2008, is **VACATED**; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 13, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**